Prob12B (7/93)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana



### Request for Modifying the Conditions Or Terms of Supervision
### with Consent of the Offender
(Probation Form  49, Waiver of Hearing Attached   )

**Name of Offender :**  GEORGE J HEYD                **Case Number :**  053L 2:00CR00309-001T

**Name of Sentencing Judicial Officer  :**   Honorable G. Thomas Porteous Jr.

**Offense :**  18 U.S.C. § 2113(b) - Bank theft

**Date of Sentence :**  December 19, 2001

**Sentence :**  Committed to the custody if the Bureau of Prisons to be imprisoned for a term of 18 months, followed by a three year term of supervised release  A special assessment fee in the amount of $ 100.00 was also imposed.

**Special Conditions :**

1.  Orientation and life skills
2.  Alcohol treatment
3.  Mental health treatment
4.  Financial disclosure
5.  Financial restriction
6.  Pay restitution totaling $249,282.00, at the rate of $500.00 per month.

**Type of Supervision  :**     Supervised Release            **Date Supervision Commenced  :**  June 02, 2003

---

### PETITIONING THE COURT

[    ]    To extend the term of supervision for  years, for a total term of  years.

[  X   ]  To modify the conditions of supervision as follows :

It is recommended that the monthly payment of restitution be reduced from $500.00 to $250.00 per month given Heyd's present financial condition.  Heyd has agreed to make monthly payments in the amount of $250.00 and has signed Probation Form 49, Waiver of Hearing to Modify Conditions of Probation.

**REASON FOR MODIFICATION :**

George Heyd is currently employed with Mrs. Field's Cookies as a General Sales Manager.  He earns approximately $1,100.00 per month.  At present, Heyd has been making restitution payments in the amount of $250.00 per month, based on his ability to pay.

_Tara Thibodaux_

Tara A. Thibodaux
U.S. Probation Officer
June 14, 2005

REVIEWED BY:

_Ken T. Luhning_

Ken T. Luhning
Supervising U. S. Probation Officer

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

## THE COURT ORDERS

[ ]     No Action
[ ]     Submit a Request for Warrant or Summons
[ ]     The Extension of Supervision as Noted Above
[✗]     The Modification of Conditions as Noted Above
[ ]     Other

_____
Signature of Judicial Officer

_____ 6/15/05 _____
Date

**DISTRIBUTION:**

| | | |
|---|---|---|
| Original | - | Clerk's Office |
| 1 Copy Certified | - | U.S. Attorney |
| 1 Copy Certified | - | Defense Counsel |
| 2 Copies Certified | - | U.S. Probation |



PROB 49

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

RESTITUTION: The defendant shall continue to make restitution payments towards the outstanding balance owed, in the amount of $250.00 per month, beginning on June 5, 2005.

Witness: _____
Tara A. Thibodaux
U.S. Probation Officer

Signed: _____
George A Heyd
Probationer or
Supervised Releasee

_____
June 14, 2005
DATE