UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION NO. 00-309** |
| v. | * | **SECTION: "R"** |
| **GEORGE HEYD** | * | |
| | * * * | |

**O R D E R**

Considering plaintiffs', the United States of America's ("United States"), motion to enroll additional counsel of record:

**IT IS HEREBY ORDERED** that the United States' motion is **GRANTED.** The Clerk of Court is **ORDERED** to enroll Assistant United States Attorneys Peter M. Mansfield and Stevens E. Moore as additional counsel of record for the United States in the above-captioned proceedings.

New Orleans, Louisiana, this 3rd day of December, 2007.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA